**In re: Hironori AOKI.**

No. 2008–1192.

United States Court of Appeals,
Federal Circuit.

April 21, 2008.

ON MOTION

*ORDER*

Hironori Aoki moves to voluntarily dismiss this appeal. Aoki states that the United States Patent and Trademark Office consents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Thomas S. SAMPLE, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 2007–3332.

United States Court of Appeals,
Federal Circuit.

April 21, 2008.

ON MOTION

*ORDER*

Thomas S. Sample moves to voluntarily dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.